**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

# FRIED FRANK

Direct Line: 212.859.8815
Fax: 212.859.4000
Lawrence.Gerschwer@friedfrank.com

December 11, 2019

By email (Cave_NYSDChambers@nysd.uscourts.gov)

The Honorable Magistrate Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  USA v. Colon-Cruz, 1:19-MAG-11351-UA (S.D.N.Y.)

Dear Judge Cave:

I am the court appointed CJA counsel to Victor Escalante. On December 4, 2019, this Court ordered Victor Escalante to be released on a $150,000 bond co-signed by 3 financially responsible persons, and secured by Mr. Escalante's home, in addition to the standard conditions. The Court further ordered that Mr. Escalante be released on the signatures of two co-signers, with the remaining conditions to be met today. A copy of the bond is enclosed. Two approved co-signers signed and Mr. Escalante was released today. We expect a third co-signer to be approved by the government today and to sign the bond today or tomorrow. Since Mr. Escalante was just released today, additional time is needed to arrange for the lien on his home in El Paso.

With the consent of Assistant United States Attorney Daniel Nessim, we respectfully request that Mr. Escalante be given until December 23rd, 2019, to meet the remaining bail conditions of the third co-signor and the security on Mr. Escalante's home.

Respectfully Submitted,

Lawrence Gerschwer

cc: Daniel Nessim, AUSA (by email)

SO ORDERED:

HON. SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE

New York • Washington DC • London • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership