UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>–v–<br><br>Victor Escalante,<br><br>Defendant. | 19-cr-911 (WHP)<br><br>ORDER |

WILLIAM H PAULEY III, District Judge:

    A change of plea is scheduled in the above-captioned matter for May 19, 2020 at 12:00 p.m. A publicly-accessible audio line is available by dialing 917-933-2166, entering participant code 983506053.

    If the Court must transition to its teleconference line, a publicly-accessible audio line will be available by dialing (888) 363-4749, and entering Access Code 3070580.

    SO ORDERED.

Dated: May 18, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.