**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

**FRIED FRANK**

MEMO ENDORSED

Direct Line: +1.212.859.8592
Email: steven.witzel@friedfrank.com

August 7, 2020

Honorable William H. Pauley III
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Victor Escalante,* 1:19-CR-00911 (WHP)

Dear Judge Pauley:

    I represent Victor Escalante in the above-captioned matter. Mr. Escalante's sentencing hearing is scheduled for September 9, 2020. Although he is currently at home in El Paso, Texas, Mr. Escalante is very much looking forward to the opportunity to appear before the Court and address Your Honor in person at his sentencing. However, the ongoing COVID-19 pandemic has made traveling across the country incredibly difficult.

    Under Governor Cuomo's Executive Order 205, travelers entering New York from states experiencing a significant degree of community-wide spread of COVID-19 are required to quarantine themselves for a period of 14 days. Texas is one of the states currently so designated, and Mr. Escalante would be subject to a two week quarantine if he were to travel to New York. Traveling at this time two weeks in advance of the hearing and complying with the quarantine procedures (presumably at a hotel) can only be accomplished by incurring excessive inconvenience and cost. Unfortunately Mr. Escalante is not in a position to pay for two weeks in a hotel in New York.

Fried, Frank, Harris, Shriver & Jacobson LLP

August 7, 2020
Page 2

After discussing this situation with Mr. Escalante and the potential option of a remote sentencing, it is his strong request to attend his sentencing in person. In light of this, we respectfully request that the date of the hearing be adjourned for sixty (60) days, to hopefully allow for travel and quarantine conditions to improve.

Today, I spoke to Assistant United States Attorney Daniel Nessim about adjourning the sentencing hearing, and he confirmed that the government consents to the application.

Respectfully submitted,

s/ Steven M. Witzel
Steven M . Witzel

Application granted.  Sentencing adjourned to November 12, 2020 at 2:00 p.m.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

August 17, 2020