Fried, Frank, Harris, Shriver & Jacobson LLP

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

**FRIED FRANK**

Direct Line: +1.212.859.8592
Email: steven.witzel@friedfrank.com

December 17, 2020

Honorable William H. Pauley III
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application granted. Sentencing adjourned to April 29, 2021 at 2:00 p.m.
> SO ORDERED:
>
> _William H. Pauley III_
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> December 18, 2020

Re: *United States v. Victor Escalante,* 1:19-CR-00911 (WHP)

Dear Judge Pauley:

    I represent Victor Escalante in the above-captioned matter. Mr. Escalante's sentencing hearing is scheduled for January 14, 2021. Although he remains at home with family in El Paso, Texas, Mr. Escalante is very much looking forward to the opportunity to appear before the Court and address Your Honor in person at his sentencing. However, the ongoing COVID-19 pandemic and rising number of cases have made traveling across the country increasingly difficult. Further, Chief Judge Colleen McMahon's standing order declared, "effective Tuesday, December 1, 2020, in-person operations in the Southern District of New York will be suspended until January 15, 2021."

    Mr. Escalante has continually expressed his desire to appear before Your Honor. After discussing this with Mr. Escalante and the potential option of a remote sentencing, it is his renewed request to attend his sentencing in person. In light of this, we respectfully request that the date of the hearing be adjourned for ninety (90) days, to hopefully allow for travel and quarantine conditions to improve.

New York • Washington • London • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

US\CARRENI\23044365.1

Fried, Frank, Harris, Shriver & Jacobson LLP

December 17, 2020<br>Page 2

  Last week, I spoke to Assistant United States Attorney Daniel Nessim about adjourning the sentencing hearing, and he confirmed that the government consents to the application.

              Respectfully submitted,

              s/ Steven M. Witzel
              Steven M. Witzel

SW:jf