UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

JOSE LUIS COLON-CRUZ, a/k/a "Julio Enrique Rodriguez Serrano,"

VICTOR ESCALANTE, and

MARIO ESPINAL,

                              Defendants.

1:19-cr-00911 (PKC)

[PROPOSED] ORDER FOR RELEASE OF PASSPORT AND PASSPORT CARD

      Defendant Victor Escalante, having made an application for the release of his Passport and Passport Card from Pretrial Services; and

      Assistant U.S. Attorney Daniel Nessim having consented to such application; it is hereby

      ORDERED that Pretrial Services release Victor Escalante's Passport and Passport Card by mail to his wife at the home address provided to Pretrial Services by Mr. Escalante's counsel within 30 days of the date of this order.

Dated:  December 14, 2021

_____
Honorable P. Kevin Castel, U.S.D.CT.